278

(No. 75-CC-178— ▆▆▆▆▆▆▆▆

BOARD OF REGENTS, acting on behalf of NIU, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed February 4, 1975.*

JACK M. BLEICHER, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-268— ▆▆▆▆▆▆▆▆

MARTIN BROTHERS IMPLEMENT COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed February 4, 1975.*

MARTIN BROTHERS IMPLEMENT COMPANY, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.